UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JUAN A. TORRES-FIGUEROA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No. 04-1928 (JAF)

**REMAND ORDER**

    The court **adopts** the Magistrate Judge's Report and Recommendation entered in this case on September 12, 2005, Docket Document No. 11. The Commissioner's decision is **vacated** and the matter **remanded** for further administrative proceedings, pursuant to sentence six of Section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292, 296 n.2 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 99-100 (1991).

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, this 4th day of October, 2005.

                                S/José Antonio Fusté
                                JOSE ANTONIO FUSTE
                         Chief U. S. District Judge